### BURROWS *v.* ATLAS STEAMSHIP CO., Limited.

*(Superior Court of New York City, General Term.* May 2, 1892.)

APPEAL—WEIGHT OF EVIDENCE.
　　Where each side asks a finding in its favor, the judge occupies the position of a jury, and, the evidence not being conclusively in favor of plaintiff, a finding for defendant will not be disturbed.

Appeal from jury term.

Action by George R. Burrows against the Atlas Steamship Company, Limited. From a judgment for defendant, and from an order denying a motion for a new trial, plaintiff appeals. Affirmed.

Argued before SEDGWICK, C. J., and McADAM, J.

*James W. Treadwell,* for appellant. *Edwin T. Rice,* for respondent.

PER CURIAM. There were no errors of law made during the course of the trial. At the end of the testimony each side asked that a verdict be directed in its favor. This gave to the judge the office of the jury. The evidence was not conclusively in favor of the plaintiff, and the finding of the judge for the defendant was final.

Judgment and order appealed from affirmed, with costs.